**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00043-CV**
_____

**IN THE INTEREST OF L.J. AND J.O.J.**

**On Appeal from the County Court at Law**
**Orange County, Texas**
**Trial Cause No. C180173-D**

**MEMORANDUM OPINION**

Appellant T.B. filed a motion to dismiss her appeal. This motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss T.B.'s appeal.[1]

APPEAL DISMISSED.

PER CURIAM

Submitted on March 11, 2020
Opinion Delivered March 12, 2020

Before McKeithen, C.J., Kreger and Johnson, JJ.

---

[1] The appeal will continue as to the children's biological father, J.J.